Kern *v.* Finnegan et al., Appellants.

Argued March 21, 1960. Before Rhodes, P. J., Gunther, Wright, Woodside, Ervin, Watkins, and Montgomery, JJ.

612

*William O. Napoliello,* with him *James W. Kelly,* for appellants.

*F. Raymond Heuges,* for appellee.

OPINION BY WATKINS, J., June 20, 1960:

The order of the court below is affirmed on the opinion of Judge WEINROTT, as reported in 20 Pa. D. & C. 2d 742.